IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 FEB -5 A 9:03

CLERK _____
SO. DIST. OF GA.

FIROZ LILYWALA,

    Plaintiff,

vs.                                            CIVIL ACTION NO.: CV512-095

DR. N. FISHER,

    Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Plaintiff responds that he has no objection to the Magistrate Judge's Report and Recommendation. However, Plaintiff states he does object to the assessment of the filing fee associated with this action because a letter he wrote was construed as a complaint.

While Plaintiff contests the assessment of a filing fee, his objection to this assessment is without merit. Although he now characterizes his initial filing as a letter not a complaint, at no time while the case was pending did he do so. In fact he, himself, designated it as "a civil complaint for damages." (Dkt. 15 at ¶ 1). After the District Court for the Northern District of Georgia transferred Plaintiff's case to this Court, Plaintiff was informed that he needed to pay the $350.00 filing fee in full or he needed to file a motion to proceed in forma pauperis if he could not pay the entire filing fee at that time. (Doc. No. 5). In response, Plaintiff filed a motion to proceed in forma pauperis, and the

AO 72A
(Rev. 8/82)

Magistrate Judge granted this motion by Order dated September 28, 2012. (Doc. Nos. 6, 7). The Magistrate Judge informed Plaintiff what would be required of him, including paying the entire $350.00 filing fee applicable to his cause of action, even if his cause of action were dismissed upon frivolity review. (Doc. No. 7, pp. 1-2). Plaintiff was also informed that the Prison Litigation Reform Act required all prisoners, even those allowed to proceed in forma pauperis, to pay the full filing fee of $350.00. (Id. at p.1) (Citing 28 U.S.C. § 1915(b)(1). Plaintiff was further informed that he could move to dismiss his complaint voluntarily, which would not require him to pay the filing fee. (Id. at p. 2). Plaintiff did not move for dismissal of his cause of action. Rather, he consented to the collection of the $350.00 filing fee from his prison trust account. (Doc. No. 8). Plaintiff cannot now object to the assessment of this filing fee, and his objection is **overruled**.

The Magistrate Judge's Report and Recommendation, to which no objection was filed, is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of ___February___, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)